IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CLARENCE M. RUSS,<br><br>　　　　　　　Defendant. | 8:21-CR-83<br><br>ORDER ON MOTION TO EXTEND<br>SELF-SURRENDER DATE |

　　　　This matter is before the Court on Defendant's Motion to Extend Self-Surrender Date. Filing 81. "If the circumstances warrant, a district court may delay the imposition of sentence or extend the time to surrender to the [Bureau of Prisons] . . . .". *United States v. Fower*, 30 F.4th 823, 827 (9th Cir. 2022). The Court finds that that the circumstances do not warrant an extension of Defendant's self-surrender date. Accordingly,

　　　　IT IS ORDERED that Defendant's Motion to Extend Self-Surrender Date, Filing 81, is denied. Defendant shall self-surrender on November 15, 2022, as previously notified by the United States Marshals Service.

　　　　Dated this 14th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　United States District Judge